UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LAMONT WEEMS,                        )
                                     )
                 Plaintiff,          )
                                     )
v.                                   )        **JUDGMENT**
                                     )
                                     )        No. 5:13-CV-712-FL
ANTHONY G. CHAVONNE, Mayor           )
of the City of Fayetteville; CHIEF   )
HAROLD MEDLOCK, Chief of             )
Fayetteville Police Department; and  )
OFFICER COMB, Fayetteville           )
Police Department,                   )
                                     )
                 Defendants.         )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered December 12, 2013 and March 4, 2014, that:

(1)  Plaintiff's claim for wrongful arrest against defendant Comb in his individual capacity is dismissed without prejudice pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief can be granted;

(2)  Plaintiff claims again defendant Comb in his official capacity and against defendants Chavonne and Medlock in their individual and official capacities are dismissed without prejudice pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief can be granted; and

(3)  This case and plaintiff's claim against defendant Comb in his individual capacity premised upon alleged use of excessive force is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(b).

**This Judgment Filed and Entered on March 4, 2014, and Copies To:**
Lamont Weems (via U.S. Mail) 6700 Freetown Road, Columbia, MD 21046

March 4, 2014                    JULIE A. RICHARDS, CLERK
                                  /s/ Christa N. Baker
                                 _____
                                 (By) Christa N. Baker, Deputy Clerk